AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| BIGFOOT 4X4, INC.,<br>*Plaintiff(s)*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br>*Defendant(s)* | Civil Action No. 26-cv-2722 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* bometoys and all other Defendants identified in the Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Hierl
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: May 13, 2026

(By) DEPUTY CLERK

Civil Action No. 26-cv-2722

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* bometoys and all other Defendants identified in the Complain

was received by me on *(date)* 05/13/2026 .

❒ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

✔ Other *(specify)*: On May 26, 2026, I sent an e-mail to Defendants containing a copy of the Complaint, Summons, TRO, and Minute Entry extending the TRO to the e-mail address provided for Defendants by third parties that included a link to said website that published a copy of the Complaint, Summons, TRO, and Minute Entry extending the TRO.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/27/2026

*Elizabeth Miller*
*Server's signature*

Elizabeth A. Miller
*Printed name and title*

70 W. Madison St., Suite 4000
Chicago, IL 60602
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset