**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BIGFOOT 4X4, INC. <br><br> Plaintiff, <br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 26-cv-2722 <br><br> Judge Elaine E. Bucklo |

**STATUS REPORT**

Plaintiff's counsel submits this Status Report, prepared by Plaintiff's counsel. Defendant No. 2 "poizon" declined to participate in this status report, opting to assert its position regarding this case in future pleadings. No appearances have been filed for any other remaining defendants.

On May 11, 2026, this Court granted Plaintiff's Motion for Entry of a Temporary Restraining Order. [Dkt. Nos. 44, 45]. On May 26, 2026, Plaintiff served the Defendants with copies of the Complaint [Dkt. No. 1], Summons [Dkt. No. 48], Temporary Restraining Order [Dkt. No. 45] and Minute Order extending the Temporary Restraining Order [Dkt. No. 52]. Plaintiff then filed the Returned Executed Summons [Dkt. No. 53] and a Certificate of Service [Dkt. No. 54].

On May 29, 2026, this Court granted Plaintiff's Motion for Entry of a Preliminary Injunction. [Dkt. No. 59].

On June 8, 2026, Attorney Jianchao Li filed an appearance on behalf of Defendant No.

2 "poizon". [Dkt. No. 61]. On June 9, 2026, Defendant No. 2 "poizon" filed a Motion for Extension of Time to File an Answer. [Dkt. No. 62]. On June 15, 2026, this Court granted Defendant No. 2 "poizon"'s Motion for Extension of Time to File an Answer, and held that poizon has until July 7, 2026 to file an answer. [Dkt. No. 64].

On June 17, 2026, Plaintiff filed a notice of voluntary dismissal for Defendant No. 1 "bometoys", Defendant No. 7 "Duoqu", Defendant No. 9 "Wander Plus US Shop" and Defendant No. 12 "X-Verse". [Dkt. No. 65].

All remaining defendants in this matter with the exception of Defendant No. 2 "poizon" have failed to appear or file an answer, despite this Court noting that Defendants' deadline to file an answer was June 16, 2026 [Dkt. No. 53]. Plaintiff is in settlement discussions with multiple remaining defendants. Plaintiff anticipates filing a Motion for Entry of Default and Default Judgment against the remaining defendants in this matter, with the exception of Defendant No. 2 "poizon", after settlement discussions have concluded.

Respectfully submitted,

Dated: June 22, 2026

By:     s/ Michael A. Hierl
       Michael A. Hierl
       William B. Kalbac
       Robert P. McMurray
       Elizabeth A. Miller
       John Wilson
       Hughes Socol Piers Resnick & Dym, Ltd.
       Three First National Plaza
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       mhierl@hsplegal.com
       Attorneys for Plaintiff
       BIGFOOT 4X4, INC.

**<u>CERTIFICATE OF FILING</u>**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing

Status Report was electronically filed with the Clerk of the Court via the CM/ECF system on June

22, 2026.

<u>/s/ *Michael A. Hierl*</u>
Michael A. Hierl